# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **NEDRA KING-CASEY,** individually, and on behalf of herself and others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: 2:20-cv-02118-TLP |
| **COLLIERVILLE SHV OPCO LLC,** a Missouri limited liability company, ) ) ) ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff Nedra-King Casey and Defendant Collierville SHV OPCO LLC, by and through their undersigned counsel and pursuant to L.R. 83.13(a), and hereby notify the Court that the parties have agreed to resolution of this matter and are in the process of reducing their agreements to writing. The parties expect to file a Joint Stipulation of Dismissal With Prejudice within thirty (30) days of this Notice.

Respectfully submitted on this, the 1st day of October, 2020.

| | |
|---|---|
| */s/ J. Russ Bryant (w/permission)* | */s/ Courtney Leyes* |
| J. Russ Bryant (TN Bar No. 33830) | Courtney Leyes (TN Bar No. 034012) |
| Gordon E. Jackson (TN Bar No. 8323) | **Fisher & Phillips LLP** |
| Robert E. Turner, IV (TN Bar No. 35364) | 3310 West End Avenue, Suite 500 |
| Nathaniel A. Bishop (TN Bar No. 35944) | Nashville, TN 37203 |
| **Jackson, Shields, Yeiser, Holt, Owen & Bryant** | Telephone: (615) 601-3791 |
| 262 German Oak Drive | Facsimile: (615) 488-2928 |
| Memphis, TN 38018 | Email: cleyes@fisherphillips.com |
| Telephone: (901) 754-8001 | |
| Facsimile: (901) 754-8524 | *Counsel for Defendants* |
| rbryant@jsyc.com | |
| gjackson@jsyc.com | |
| rturner@jsyc.com | |
| nbishop@jsyc.com | |
| | |
| *Counsel for Plaintiff and others similarly situated* | |

## **CERTIFICATE OF SERVICE**

I, Courtney Leyes, hereby certify that on this, the 1st day of October, 2020, I electronically filed the foregoing ***Joint Notice of Settlement*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Gordon E. Jackson, J. Russ Bryant,
Robert E. Turner, and Nathaniel A. Bishop
JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT
262 German Oak Drive
Memphis, TN 38018

*/s/ Courtney Leyes*
Courtney Leyes